
DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREDRICK MELLON,<br><br>　　　　　Defendant. | Case No. 2:20-mj-603-EJY<br><br>STIPULATION TO CONTINUE TRIAL<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through Rachel Kent, Esq., Assistant United States Attorney, together with Daniel Hill, Esq., counsel for defendant Fredrick Mellon, that the trial currently scheduled for January 13, 2021 at 9:00a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 60 days from the current trial date. This stipulation is entered into for the following reasons:

　　1. The Defendant is out of custody and does not object to the continuance.

　　2. Defense counsel needs additional time to prepare for trial

///

///

///

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the second request for a continuance of the trial.

DATED this 11th day of January 2021.

/s/ Daniel Hill
_____
Daniel Hill, Esq.
Counsel for Defendant

/s/ Rachel Kent
_____
Rachel Kent, Esq.
Counsel for the United States

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-mj-603-EJY |
| Plaintiff, | |
| vs. | ORDER |
| FREDRICK MELLON, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for January 13, 2021 at 9:00 a.m., be vacated and continued to March 24, 2021 at 9:00 a.m., in Courtroom 3D.

DATED January 12, 2021

_____
THE HON. ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

3